UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD D. HARRIS, SR.,

    Plaintiff,

v.   Case No.   2:23-cv-449-JLB-NPM

SHELLY BAKER; LORI NORWOOD; DIVISION OF RISK MANAGEMENT, DEPARTMENT OF INSURANCE; and JAMES PERRY,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter comes before the Court on *sua sponte* review of the file. On September 19, 2023, the Court granted Plaintiff's motion to proceed in forma pauperis and assessed an initial partial filing fee. (Doc. 8.) Thereafter, Plaintiff asked to be relieved from the order because he was a prisoner and receives no compensation. (Doc. 9.) The Court reviewed Plaintiff's prisoner account statement and noted that, during the six months prior to filing this action, he had purchased at least $1,725.82 of goods from the prison canteen. (Doc. 10.) Nevertheless, the Court adjusted the amount due and extended Plaintiff's deadline to pay the fee. (Id. at 3.) The Court also noted that Plaintiff could seek further extensions of time to pay the initial partial filing fee, but cautioned that:

> Any motion for an extension of time to pay the initial filing fee must be accompanied by a prison account statement showing all transactions in Harris's prisoner account for the six months immediately preceding the

    motion. If the motion does not contain the prison account statement (or the provided prison account statement does not show every transaction in Harris's account for the six months prior to filing the motion), it will be denied and this case dismissed.

(Id. at 4.)  Plaintiff has neither paid the full initial filing fee nor sought an extension of time to do so.  The Court thus dismisses this case without prejudice for failure to prosecute.  Because the dismissal is without prejudice, Plaintiff may file a new complaint—under a new case number—with the filing fee or motion to proceed *in forma pauperis*.

    Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on January 23, 2024.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

SA:   FTMP-2
Copies: Edward D. Harris, Sr.